GRAHAM *et al.* v. GRAHAM *et al.*

No. 6701.    Opinion Filed May 9, 1916.

(157 Pac. 740.)

**APPEAL AND ERROR—Presentation for Review—Case-Made—Order Sustaining Demurrer.** A purported order of the trial court sustaining a demurrer to a petition is without force where the case-made fails to show affirmatively that such order was entered of record pursuant to sections 5143, 5324, Rev. Laws 1910.

(Syllabus by Rittenhouse, C.)

*Error from District Court, Custer County;*
*James R. Tolbert, Judge.*

Action by Willis Graham and others against Nancy Emma Graham and others.    Judgment for defendants, and plaintiffs bring error.    Dismissed.

*George T. Webster,* for plaintiffs in error.

*Jas. M. Shackleford,* for defendants in error.

Opinion by RITTENHOUSE, C.    The appeal in this case is sought to be perfected and prosecuted by petition in error and case-made.    The record does not show affirmatively that the purported final order from which the appeal has been taken was entered on the journal of the court pursuant to sections 5143, 5324, Rev. Laws 1910, and under authority of *Midland Savings & Loan Co. v. Miller et al.,* 53 Okla. 149, 155 Pac. 864, the appeal should be dismissed.

By the Court:    It is so ordered.